# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 8, 2009

Marilyn Kelly,
Chief Justice

137366
& (13)

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

NICHOLAS JOHN ROSARIO,
     Defendant-Appellant.

SC: 137366
COA: 285847
Kalamazoo CC: 08-000014-FC

_____/

On order of the Court, the application for leave to appeal the August 13, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court. The motion to remand is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 8, 2009

Clerk